# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-30303

United States Court of Appeals
Fifth Circuit

**FILED**
December 9, 2013

Lyle W. Cayce
Clerk

STATE NATIONAL INSURANCE COMPANY,

Plaintiff-Appellee

v.

CUMMINS MID-SOUTH, L.L.C.,

Defendant-Appellee

ROMEO PAPA, L.L.C.,

Defendant-Appellant

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CV-2207

Before JONES, WIENER and GRAVES, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered this appeal in light of the briefs, record excerpts, and pertinent parts of the record. Having done so, we find no reversible error of law or fact and AFFIRM essentially for the reasons stated by the district court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.